IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:17-CV-0152-D

| | |
|---|---|
| PROGRESS SOLAR SOLUTIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FIRE PROTECTION, INC. dba FPI | ) |
| ENVIRONMENTAL; JOHN DOE, AS | ) |
| EXECUTOR OR ADMINISTRATOR FOR | ) |
| THE ESTATE OF NORMAN STEPHEN | ) **ORDER** |
| VAN VALKENBURGH, AND JEFFREY | ) |
| VAN VALKENBURGH, AS TRUSTEE | ) |
| FOR THE NORMAN STEPHEN VAN | ) |
| VALKENBURGH IRREVOCABLE | ) |
| LIVING TRUST; MIKEL BILLS; | ) |
| MICHAEL D. LONG; and SOLAR MOD | ) |
| SYSTEMS, INC., | ) |
| | |
| Defendants. | |

Before the Court is a motion to substitute John Doe, as Executor or Administrator of the Estate of Norman Stephen Van Valkenburgh, and Jeffrey Van Valkenburgh, as Trustee For the Norman Stephen Van Valkenburgh Irrevocable Living Trust in lieu of the recently deceased Defendant Norman Stephen Van Valkenburgh, and to amend the caption in this action to reflect the requested substitution. See DE 37. For good cause shown, and pursuant to Fed. R. Civ. P. 15 and 25(a), the Motion is GRANTED.

NOW THEREFORE, IT IS HEREBY ORDERED:

(1) That John Doe, as Executor or Administrator of the Estate of Norman Stephen Van Valkenburgh, and Jeffrey Van Valkenburgh, as Trustee For the Norman Stephen Van

Valkenburgh Irrevocable Living Trust are hereby substituted as Defendants in this action in place of Defendant Norman Stephen Van Valkenburgh;

(2) That the Clerk shall issue any summons presented to him or his designees naming John Doe, as Executor or Administrator of the Estate of Norman Stephen Van Valkenburgh, and Jeffrey Van Valkenburgh, as Trustee For the Norman Stephen Van Valkenburgh Irrevocable Living Trust, as Defendants in this matter;

(3) That Plaintiffs shall serve a copy of the summonses and complaint upon John Doe, as Executor or Administrator of the Estate of Norman Stephen Van Valkenburgh, and Jeffrey Van Valkenburgh, as Trustee For the Norman Stephen Van Valkenburgh Irrevocable Living Trust within 90 days from the entry of this order; and

(4) That the caption is hereby amended, and all further filings shall reflect the caption appearing on this order.

SO ORDERED, this 14 day of September 2017.

JAMES C. DEVER III
Chief United States District Judge