IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-152-D

| | | |
|---|---|---|
| PROGRESS SOLAR SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FIRE PROTECTION, INC. dba FPI ENVIRONMENTAL, JOHN DOE, AS EXECUTOR OR ADMINISTRATOR FOR THE ESTATE OF NORMAN STEPHEN VAN VALKENBURGH, and JEFFREY VAN VALKENBURGH, AS TRUSTEE FOR THE NORMAN STEPHEN VAN VALKENBURGH IRREVOCABLE LIVING TRUST, MIKEL BILLS, MICHAEL D. LONG, and SOLAR MOD SYSTEMS, INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

As explained in open court and incorporated by reference, the motions to dismiss for lack of personal jurisdiction [D.E. 7, 9, 17] are DENIED. Plaintiff's motion to strike [D.E. 32] is also DENIED.

SO ORDERED. This 18 day of December 2017.

JAMES C. DEVER, III
Chief United States District Judge