IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:17-CV-152-D

| | |
|---|---|
| PROGRESS SOLAR SOLUTIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRE PROTECTION, INC. dba FPI )<br>ENVIRONMENTAL; JOHN DOE, AS )<br>EXECUTOR OR ADMINISTRATOR )<br>FOR THE ESTATE OF NORMAN )<br>STEPHEN VAN VALKENBURGH, AND )<br>JEFFREY VAN VALKENBURGH, AS )<br>TRUSTEE FOR THE NORMAN )<br>STEPHEN VAN VALKENBURGH )<br>IRREVOCABLE LIVING TRUST; )<br>MIKEL BILLS; MICHAEL D. LONG; )<br>and SOLAR MOD SYSTEMS, INC., )<br>)<br>Defendants. ) | **ORDER GRANTING LEAVE TO FILE 15-PAGE BRIEF IN SUPPORT OF MOTION FOR SANCTIONS** |

This case comes before the Court on motion (D.E. 145) filed by Plaintiff Progress Solar Solutions, LLC ("Plaintiff"), for leave to file a proposed brief of more than ten pages in length in support of its motion for sanctions (D.E. 144) against defendant Mikel Bills or, in the event that leave is not granted, for an extension of time to file a shorter, supporting memoranda.

The Court finds that good cause has been shown, and exercises its discretion pursuant to Local Civil Rule 1.1, E.D.N.C, to allow Plaintiff's motion for leave to file that brief that is attached to Plaintiff's underlying motion. The Court need not decide Plaintiff's alternative motion for an extension of time as that request is now moot. Plaintiff's proposed brief (D.E. 144-1) shall be considered part of the record on its motion for sanctions.

SO ORDERED, this the 20 day of May, 2020.

                                                      JAMES C. DEVER III
                                                      United States District Judge