IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PROGRESS SOLAR SOLUTIONS, LLC, </br></br> Plaintiffs, </br></br> v. </br></br> FIRE PROTECTION, INC. et al., </br></br> Defendants. | No. 5:17-CV-152-D |

**ORDER**

For the reasons stated in Plaintiff's Brief in Support of its Motion for Sanctions, Entry of Default, and Default Judgment Against Fire Protection, Inc. dba Fire Protection Environmental ("FPI"), and to Strike FPI's Answer for Failure to Comply with This Court's Orders, the Court GRANTS Plaintiff's Motion. The Court hereby STRIKES the Answer of Defendant Fire Protection, Inc. dba Fire Protection Environmental, and enters default against Fire Protection, Inc. dba Fire Protection Environmental for its ongoing non-compliance with this Court's orders. Plaintiff shall submit a proposed default judgment concerning Defendant Fire Protection, Inc. not later than one week from today's date.

SO ORDERED, this _11_ day of August 2021.

James C. Dever III
United States District Judge